**No. 60910.**—Central Manufacturing Co., Inc. *v.* United States, protest 285896–K (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the "Douglas" valve assemblies in question operate the same in all material respects as the articles the subject of *The Durst Mfg. Co., Inc.* v. *United States* (36 Cust. Ct. 220, C. D. 1778); that said valve assemblies constitute one of the components in a complete toilet-box mechanism, represented by exhibit 2 in C. D. 1778; and that said unit must have all of the components in said exhibit 2 to function as a toilet-box mechanism, the claim of the plaintiff was sustained.

**No. 60911.**—Antonio Pompeo *v.* United States, protest 287549–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of superchargers similar in all material respects to those the subject of *United States* v. *Antonio Pompeo* (43 C. C. P. A. 9, C. A. D. 602), the claim of the plaintiff was sustained.

**No. 60912.**—Oxford University Press, N. Y., Inc., and Oxford University Press, Inc. *v.* United States, protests 174704–K and 283814–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the books are the same in all material respects as those the subject of Abstract 60405, the items entered for consumption prior to January 1, 1948, were held dutiable at 7½ percent under paragraph 1410, as modified by T. D. 49753, and the items entered on or after said date were held dutiable at 5 percent under said paragraph, as modified by T. D. 51802.

**No. 60913.**—Atalanta Trading Corp. *v.* United States, protest 277416–K (New York).

Opinion by RAO, J. The protest was dismissed.